UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 21-mj-00346 |
| | : | |
| v. | : | |
| | : | |
| PEN REGISTER | : | April 24, 2022 |

## MOTION TO UNSEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America moves the Court for an order unsealing all documents in the above-captioned case.

Respectfully submitted,
LEONARD C BOYLE
UNITED STATES ATTORNEY

_____
KONSTANTIN LANTSMAN
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv 10692
United States Attorney's Office
District of Connecticut
157 Church Street
New Haven, CT 06510
(203) 821-3700

## CERTIFICATION

I hereby certify that on April 24, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing, as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

_____
KONSTANTIN LANTSMAN
ASSISTANT UNITED STATES ATTORNEY